## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                Case No.: 2:25-mc-50923

v                             Hon. Mark A. Goldsmith

JOSEPH DUMOUCHELLE,

      Defendant,

and

MARY JO M DUMOUCHELLE
TRUST DATED 2/6/1984,

      Garnishee.

_____/

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 18 U.S.C. § 3613(a) and 28 U.S.C. §§3002, 3202, and 3205 of the Federal Debt Collection Procedures Act (FDCPA) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Joseph DuMouchelle, Social Security No. ***-**-0669, currently incarcerated at FCI Coleman Low, in Coleman, FL 33521, in Case No.: 2:20CR20245 01 in the amount of $25,206,501.00, plus post judgment interest at the rate of 0%. The sum of $1,649.00 has been credited to the judgment debt, leaving a total balance due of $25,204,852.00 (without the post-judgment accrual of interest) as of July 10, 2025. Demand for

payment of the above-stated debt was made upon the debtor not less than 30 days from July 10, 2025, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

Mary Jo M DuMouchelle Trust dated 2/6/1984
c/o Eugene H. Boyle, Jr.
14950 E. Jefferson Ave, Ste 200
Grosse Pointe Park, MI 48230

After the Garnishee has been served, pursuant to 28 U.S.C. § 3202(c), the United States will serve the debtor and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment. The United States will serve the debtor by regular mail at the last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full. *See* 18 U.S.C. §§ 3612(b)(1)(F) and 3572(d)(3) and 3664(k).

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

/s/ Peter F. Schneider
PETER F. SCHNEIDER
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9762
E-mail: Peter.Schneider@usdoj.gov
Date: July 10, 2025                     Bar No.: (P75256)